IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIJIBHOY J. PATEL, et al.,

      Plaintiffs,                                      No. CIV S-99-1275 RRB EFB PS

      vs.

DAMERON HOSPITAL, et al.,

                                                 ORDER

      Defendants.
_____/

      This action was stayed on April 23, 2002, by order of the previously assigned magistrate judge due to the pendency of related bankruptcy proceedings. On October 2, 2007, plaintiff filed a notice with the court that the bankruptcy proceedings are no longer pending, and requesting that he be allowed to proceed with discovery. Plaintiff requested a discovery conference, which he noticed for hearing on October 24, 2007.

      Given the long period of inaction in this case, the court orders the parties to submit status reports (either jointly or separately) to the court not later than ten days from the date of service of this order. The parties shall address all maters identified in Local Rule 16-240, and any other

////

////

////

1

matters that they deem appropriate.[1]  The October 24, 2007, hearing date is vacated and is reset as a Status Conference on November 14, 2007, before the undersigned.

In accordance with the foregoing, IT IS ORDERED that:

1. The stay in this case is lifted;

2. The parties are ordered to file status reports with the court within ten days from the date of this order; and,

3. The October 24, 2007, hearing on plaintiffs' "prediscovery conference" is vacated, and a Status Conference is set before the undersigned on November 14, 2007 at 10:00 a.m. in Courtroom No. 25.

DATED: October 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In their status reports the parties shall address the status of defendant Larry Gray.  The court notes that the parties submitted a stipulated proposed order dismissing Mr. Gray on March 9, 2006, for the district court's approval.  No action was ever taken on that proposed order, so Mr. Gray is still a party to the action.  The parties are free to submit a renewed stipulated proposed order in accordance with the Local Rules.

2