1  DANA A. SUNTAG (State Bar No. 125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5
6  Attorneys for Defendant
   LARRY GRAY
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | JIJIBHOY J. PATEL, M.D., JD., and  )   **No. CIV-S-99-1275 RRB EFB PS**
   | SILLOO J. PATEL, B.A.,             )
12 |                                    )   **STIPULATION AND ORDER FOR**
   |            Plaintiffs,             )   **DISMISSAL OF DEFENDANT**
13 |                                    )   **LARRY GRAY WITH PREJUDICE**
   |       v.                           )
14 |                                    )
   | DAMERON HOSPITAL, et al.,          )
15 |                                    )
   |            Defendants.             )
16 | _____  )

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT LARRY GRAY      1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiffs and Defendant Larry Gray previously settled all their disputes between them;

WHEREAS, on or about March 6, 2006, Plaintiffs submitted to this Court a Notice of Dismissal of Larry Gray with prejudice under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure;

IT IS STIPULATED AND AGREED, by the parties, that Larry Gray be dismissed from this entire action with prejudice, each party to bear its own costs and fees.

Dated: October __, 2007

           /s/
JIJIBHOY PATEL
Plaintiff, in pro per

Dated: October __, 2007

           /s/
SILLOO PATEL
Plaintiff, in pro per

Dated: October __, 2007

SUNTAG & FEUERSTEIN
A Professional Corporation


By:       /s/
DANA A. SUNTAG
Attorneys for Defendant
LARRY GRAY

O R D E R

IT IS SO ORDERED.

Dated: November 5, 2007

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am over the age of eighteen years and am a resident of San Joaquin County, California. I am not a party to this action. My business address is The Kress Building, 20 North Sutter Street, Fourth Floor, Stockton, California 95202.

On November 5, 2007, I served the following document(s):

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT LARRY GRAY WITH PREJUDICE**

by placing true and correct copies of the document in sealed envelopes with first class postage prepaid, addressed to:

Jijibhoy J. Patel
Silloo J. Patel
673 Miller Drive
Oakley, California 94561

William J. Wallace
Mazzera Snyder and DeMartini
6735 North Herndon Place #B
Stockton, CA 95219

Jijibhoy J. Patel
Silloo J. Patel
2320 North California Street, Suite #1
Stockton, California

   XX   **(BY MAIL)** placing the envelope(s) for collection and mailing on the date and at the place showing below following our ordinary business practices. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed on November 5, 2007, at Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____/s/_____
DEANNA FILLON

PDF created with pdfFactory trial version www.pdffactory.com